IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHWARTZ and JULIE RATHBONE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITI MORTGAGE; INDYMAC FEDERAL BANK; FIRST MAGNUS FINANCIAL CORPORATION; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHARTER FUNDING; JAMES SHERGILL and DOES 1-20, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:09-CV-02387-JAM-DAD<br><br><u>ORDER GRANTING DEFENDANTS'</u><br><u>MOTIONS TO DISMISS</u> |

   This matter comes before the Court on a Motion to Dismiss by Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") and a joint Motion to Dismiss by Defendant Citi Mortgage ("Citi") and MERS (collectively "Defendants"). Defendants move to dismiss Plaintiffs Peter Schwartz and Julie

Rathbone's ("Plaintiffs'") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Defendants also bring a joint Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f) and a joint Request for Judicial Notice. Plaintiffs do not oppose any of the motions.[1]

Plaintiffs' Complaint alleged ten causes of action: two federal claims for violation of the Truth in Lending Act ("TILA") 15 U.S.C. §1601 et seq., and the Real Estate Settlement and Procedures Act ("RESPA") 12 U.S.C. §2605 et seq., and eight state law claims. After both motions to dismiss, the motion to strike, and the request for judicial notice were filed, Plaintiffs filed a Notice of Voluntary Dismissal. Plaintiffs voluntarily dismissed, without prejudice, the TILA and RESPA claims against all defendants.

ORDER

After carefully considering the papers submitted in this matter, the Court hereby grants both motions to dismiss. All claims against Citi and MERS are DISMISSED WITH PREJUDICE.[2]

IT IS SO ORDERED.

Dated: December 1, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] These motions were determined to be suitable for decision without oral argument. E.D. Cal. L.R. 78-230(h).

[2] Because the Court is dismissing all claims with prejudice, the Motion to Strike is moot.