```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11  PETER SCHWARTZ and JULIE          )  Case No. 2:09-CV-2387-JAM-DAD
    RATHBONE,                         )
12                                    )
                  Plaintiffs,         )
13                                    )
         v.                           )
14                                    )
    CITI MORTGAGE; INDYMAC FEDERAL    )  RELATED CASE ORDER
15  BANK; FIRST MAGNUS FINANCIAL      )
    CORPORATION; QUALITY LOAN         )
16  SERVICE CORPORATION; MORTGAGE     )
    ELECTRONIC REGISTRATION SYSTEMS,  )
17  INC.; CHARTER FUNDING; JAMES      )
    SHERGILL; and DOES 1-20           
18  inclusive,

19                  Defendants.
    _____
20  PETER SCHWARTZ and JULIE          )
    RATHBONE,                         )
21                                    )
                  Plaintiffs,         )  Case No. 2:10-CV-516-WBS-JFM
22                                    )
         v.                           )
23  INDYMAC FEDERAL BANK; FIRST       )
    MAGNUS FINANCIAL CORPORATION;     )
24  QUALITY LOAN SERVICE              )
    CORPORATION; DEUTSCHE BANK        )
25  NATIONAL TRUST COMPANY, AS        )
    TRUSTEE OF THE INDYMAC IMSC       )
26  MORTGAGE LOAN TRUST 2007-F1,
    MORTGAGE PASS-THROUGH
27  CERTIFICATES, SERIES 2007-F1
    UNDER THE POOLING AND SERVICING
28  AGREEMENT DATED MAY 1, 2007 BY
    ONEWEST BANK FSB AS ATTORNEY IN
```

PDF created with pdfFactory trial version www.pdffactory.com

```
FACT; CHARTER FUNDING; JAMES
SHERGILL; and DOES 1-20
inclusive,

                    Defendants.

PETER SCHWARTZ and JULIE          )   Case No. 2:11-CV-1177-KJM-EFB
RATHBONE,                         )
                                  )
                    Plaintiffs,   )
                                  )
     v.                           )
                                  )
INDYMAC BANK; DEUTSCHE BANK       )
NATIONAL TRUST COMPANY; and Does  )
1-20 inclusive,                   )
                                  )
                    Defendants.   )
                                  )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:11-CV-1177-KJM-EFB and 2:10-CV-0516-WBS-JFM be reassigned to Judge John A. Mendez and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in the reassigned cases only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:11-CV-1177-JAM-

2

PDF created with pdfFactory trial version www.pdffactory.com

DAD and 2:10-CV-0516-JAM-DAD.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated: June 8, 2011.                    /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com